UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NELSON GONZALEZ, ET AL. | CIVIL ACTION |
| VERSUS | NO.   24-2026 |
| CHRISTOPHER LAINE, ET AL. | SECTION "B" (3) |

## ORDER AND REASONS

Before the Court is Defendants' Motion to Compel Discovery Responses and (R. Doc. 16).  The Court previously denied the motion in part.  For the following reasons, the motion is **GRANTED** in all other respects.

Defendants maintain that, despite allowing three extensions of time, participating in two discovery conferences, providing Plaintiffs with a typed list of deficiencies, and participating in a status conference with the Court, Plaintiffs have failed to respond adequately to Defendants' requests for production and interrogatories. In responding to the motion, Plaintiffs provide no substantive argument or analysis of any objections.  Instead, they state: "Plaintiffs supplied answers to defendants['] typed list of deficiencies to the best of their ability."[1]  Defendants disagree, noting that Plaintiff White did not send any supplemental responses or provide additional documents.  As to Plaintiff Gonzalez, Defendants identify myriad deficiencies in those responses.

Defendants' position is well taken.  Plaintiffs have not provided any substantive briefing in support of any objection to the discovery requests, and the deadline to respond has long since expired.  Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** in all remaining respects.

---

[1] Doc. 22.

**IT IS FURTHER ORDERED** that Plaintiff Gonzalez shall supplement the answers to Interrogatory Nos. 2, 6, 7, 9, 11, 12, 13, and 14 on or before **February 21, 2025**. Plaintiff White shall supplement the answers to Interrogatory No. 7 and Requests for Production Nos. 1, 2, 3, 4, 5, 6, 9, 10, and 17 by that same deadline. Should Plaintiffs fail to comply with this Order timely, Defendants may file any appropriate motion for relief, including seeking attorney's fees and costs.

New Orleans, Louisiana, February 18, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE